

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00009-CV

| | | |
|---|---|---|
| EDISON SOLAR LLC, Appellant | § | On Appeal from County Court at Law No. 3 |
| v. | § | of Tarrant County (2024-005046-3) |
| | § | May 1, 2025 |
| JAMES EDWARD BARRERA AND DIAMOND KAPANDY BARRERA, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Edison Solar LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel